UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-vs-

JONATHAN WOODY,

Defendant.

**DECISION AND ORDER**

25-MR-6057-CJS
24-MJ-4036-CDH

**Siragusa, J.**  This case, currently pending before Magistrate Judge Colleen D. Holland, was referred to this Court on April 18, 2025 for a *de novo* review of the Report and Recommendation ("R&R") which Magistrate Judge Holland filed on April 18, 2025, 25-MR-6057, ECF No. 1, and 24-MJ-4036, ECF No. 34 recommending that Defendant is competent to stand trial. In regard to the question of Defendant's competency, a competency hearing was begun before then Magistrate Judge Marian Payson on November 15, 2024, 24-MJ-4036, ECF No. 23, and continued before Magistrate Judge Holland on March 20, 2025, 24-MJ-4036, ECF No. 33. As to her recommendation itself, Magistrate Judge Holland explains:

> In sum, while Defendant has a mental impairment, and while he may be experiencing some degree of auditory hallucinations, the evidence does not support the conclusion that he is presently incompetent to stand trial. Accordingly, based on the medical evidence and the Court's own observations, it is recommended that Defendant be found competent to stand trial, because the preponderance of the evidence demonstrates that he is not "presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense[.]" 18 U.S.C. § 4241(a).

1

R&R, pp. 1-2.  The time has passed to file any objections to the R&R, and none have been filed.

Accordingly, for the reasons set forth in the Magistrate Judge Holland's R&R, 25-MR-6057, ECF No. 1, and 24-MJ-4036, ECF No. 34, the Court finds, that the Defendant is competent to stand trial.

IT IS SO ORDERED.

DATED: Rochester, New York
       May 5, 2024

        ENTER:

                      _____
                      CHARLES J. SIRAGUSA
                      United States District Judge